UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHELLE BISNOFF,<br>　aka "Michelle Angeline<br>　　Silverstein,"<br>aka "Shelly Silverstein,"<br><br>　　　　Defendant. | No. CR 24-cr-00514-MRA<br><br>ORDER CONTINUING TRIAL DATE AND <u>FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u> [36]<br><br>**[PROPOSED] TRIAL DATE: 4-21-2026**<br>**[PROPOSED] STATUS CONF:4-9-2026** |

　　　The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on January 16, 2026.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

　　　The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the

continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from February 9, 2026, to **April 20, 2026, at 8:30 a.m.** The status conference hearing is continued to **April 9, 2026, at 10:00 a.m.**

2. The time period of February 9, 2026, to April 21, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 9B of the Ronald Reagan Building & U.S. Courthouse, 411 W. Fourth Street, Santa Ana, California, on April 21, 2026, at 8:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence. **Nevertheless, the parties are advised that the Court is not inclined to grant any further continuances.**

IT IS SO ORDERED.

January 20, 2026
DATE

HONORABLE MÓNICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2