UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 24-00514-MRA | Date | January 21, 2026 |
| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | None | | |

| Melissa H. Kunig | Not Reported | Renee Katzenstein – Not Present<br>Alexandra Kelly – Not Present<br>Diane Rolden – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michelle Bisnoff | Not | X | | Michael Freedman (CJA) | Not | | X |

**PROCEEDINGS:** (IN CHAMBERS) NOTICE THAT COURT RECEIVED SUBPOENED ITEMS

On January 15, 2026, the Court received subpoenaed items from Verizon Communications.

Unless a protective order is in place, interested parties may inspect and/or copy the subpoenaed items before commencement of the trial or other contested proceeding. A request to inspect and/or copy the subpoenaed items should be made to the courtroom deputy, Melissa H. Kunig (MRA_Chambers@cacd.uscourts.gov).

To protect sensitive information, subpoenas seeking items that are expected to contain such sensitive information should be requested in an under seal subpoena. Alternatively, a protective order should be sought to protect the items after they are produced.

Unless otherwise ordered, subpoenaed items shall be returned to the attorney or party who requested issuance of the subpoena at the conclusion of the trial, contested proceeding, or upon any pretrial disposition of the case.

                                                                            -      :      -

Initials of Deputy Clerk    mku

cc: